~~PROPOSED~~ ORDER/COVER SHEET

TO:      **Honorable Thomas S. Hixson**      RE:   **Mark David Anderson**
             **U.S. Magistrate Judge**

FROM:    **Silvio Lugo, Chief**      Docket No.:   **3:21-70587M-1**
             **U.S. Pretrial Services Officer**

**Date:**      **4/21/22**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Timothy R. Elder II                (415)436-7519

U.S. Pretrial Services Officer              **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

    A.      Remove:  Defendant must submit to location monitoring and is subject to a curfew from 6:00am to 6:00pm.

    B.      _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

_____    April 21, 2022
**JUDICIAL OFFICER**               **DATE**
Hon. Thoms S. Hixson
U.S. Magistrate Judge